**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NATALIE MEDINA, | ) | NO. CV 12-10052 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN,<br>Commissioner of the<br>Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with this Court's Memorandum Decision and Order.

DATED: August 27, 2013

                                                    /S/
                                    _____
                                    SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE